THE FIRST NATIONAL BANK OF GARDNER *vs.* MURIEL D. STOWELL & others. January 5, 1967. This is an appeal from an order of the Probate Court denying the framing of jury issues with respect to the alleged will (executed on September 20, 1955) of the late Mary D. Miller, who died in 1964 at the age of 105. The expected evidence has been examined. We give due weight to the decision of the probate judge. No error is perceived in the refusal to frame the three requested issues. For the governing principles see *Spilios* v. *Bouras,* 337 Mass. 176, 177, and cases cited. See also *O'Brien* v. *Wellesley College,* 346 Mass. 162, 169–173. Cf. *Tarricone* v. *Cummings,* 340 Mass. 758, 761–764.

*Order denying jury issues affirmed.*

*Irvin E. Erb* for the contestants.

*Francis H. George* for the respondents Stanley F. Ayers & others.

ZENON TETREAULT *vs.* JOSEPH A. DUPUIS & another. January 5, 1967. The plaintiff has excepted to the allowance of the defendants' motion for a directed verdict in this action of tort in which he seeks recovery for injuries sustained by him on premises controlled by the defendants. The plaintiff, a business invitee, was leaving the defendants' store when the defendant Freda Dupuis stepped back and motioned him to pass in front of her across sweepings which he had seen her accumulate. He crossed "directly over the sweepings," then slipped and fell before he reached the door. He noticed after his fall a banana peel with the sweepings. The defendants were obliged to exercise reasonable care to keep in safe condition that portion of the premises to which customers were invited or at least to warn the plaintiff of dangers not known or obvious to him as an ordinarily intelligent person which were either known or ought to have been known by the defendants. *Greenfield* v. *Freedman,* 328 Mass. 272, 274, and cases cited. Here the plaintiff saw the sweepings and chose to walk across them.

*Exceptions overruled.*

The case was submitted on briefs.

*Harry N. Malfas* for the plaintiff.

*John D. Ross, Jr., & Francis P. Tehan* for the defendants.